IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SONNY RAY HARDAWAY,

     Plaintiff,                             No. CIV S-06-0695 MCE EFB P

     vs.

STATE OF CALIFORNIA, et al.,

     Defendants.                      ORDER

_____/

     On June 2, 2006, findings and recommendations were issued recommending that this action be dismissed. On August 9, 2006, the assigned district judge adopted that recommendation and dismissed this action. Judgment was entered accordingly.

     Notwithstanding that judgment closing this case, plaintiff filed on July 10, 2009 and August 10, 2009, requests for the court to return $99.94 to him. Plaintiff claims that three of his lawsuits were wrongfully dismissed, and that he has been declared a vexatious litigant. He states he cannot afford to pay the full filing fee and requests that the court return any money it received from him. If a prisoner brings a civil action, he is required to pay the full amount of a filing fee. 28 U.S.C. § 1915(b)(1). Petitioner is not entitled to a refund of any funds collected by this court as a result of plaintiff's own filings. Accordingly, plaintiff's requests are denied.

////

1 | The court notes that it will issue no response to future filings by plaintiff in this action
2 | not authorized by the Federal Rules of Civil Procedure or Federal Rules of Appellate Procedure.
3 | So ordered.
4 | Dated:  September 2, 2009.

*[signature]*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE